UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIEL WEBSTER JOHNSON, II, | Case No. CV 23-06583 DMG (RAO) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| UNKNOWN CORRECTIONAL OFFICER, *et al.*, | |
| Defendants. | |

|   |   |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge ("Report") dated March 19, 2024 [Doc. # 16], and all other records and files herein. The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. |

Accordingly, IT IS ORDERED that this action is DISMISSED with prejudice.

DATED: December 30, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE