JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WEBSTER JOHNSON, II,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN CORRECTIONAL OFFICER, *et al.*,<br><br>Defendants. | Case No. CV 23-06583 DMG (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: December 30, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE